Charles W. Hokanson (State Bar No. 163662)
Law Offices of Charles Hokanson
140 Linden Ave, Suite 283
Long Beach, California 90802
Telephone: 562.316.1476
Facsimile: 562.316.1477
Email: CWHokanson@TowerLawCenter.com

Attorney for Defendant Virginia Community Bank

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON L. ALAN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>VIRGINIA COMMUNITY BANK, a Virginia Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-3201<br><br>(Related USDC, Central District California Case No. 2:17-cv-03158-MWF-FFM)<br><br>(Ventura County Superior Court Case No. 56-2017-00494886-CU-NP-VTA)<br><br>**Notice of Removal** |

TO PLAINTIFF AND THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant VIRGINIA COMMUNITY BANK (the "BANK") hereby removes this action from the Superior Court of California for the County of Ventura, as follows:

## PLEADINGS

1. On or about April 10, 2017, Plaintiff JASON L. ALAN filed a complaint against the BANK in the Superior Court of the State of California for the County of Ventura located at 800 S Victoria Ave, Ventura, CA 93009. The case was assigned Case Number 56-2017-00494886-CU-NP-VTA and a true and correct copy of the complaint is attached hereto as exhibit 1.

2. The complaint alleges five purported counts against the BANK. Two of those arise under of federal law: the first count is for alleged violations of the federal Fair Credit Reporting Act (15 U.S.C. §§ 1681 *et seq*.) and the fifth count alleges violations of the Fair Debt Collection Practices Act (15 U.S.C. §§ 1692 *et seq*.). The remaining counts involve similar claims, but under California state law.

3. As discussed further below, under the heading "Related Case Pending," Plaintiff previously filed a complaint containing identical allegations in the Superior Court of California for the County of Los Angeles – Small Claims Division located in the Van Nuys Courthouse (East) located at 6230 Sylmar Ave., Room 340, Van Nuys, California 91401. That case was assigned Case Number 17VESC02997 in the state court. A true and correct copy of Plaintiff's Claim and ORDER (which is the form for both the complaint and for trial setting in California state small claims court) that Mr. Alan filed in that court is attached hereto as exhibit 2.

## TIMELINESS OF REMOVAL

4. Defendant's removal of this action is timely pursuant to 28 U.S.C. §1446(b) as it is being filed within thirty days of the receipt by Defendant, through service or otherwise, of a copy of Plaintiff's complaint in this matter. Plaintiff's complaint was filed with the Superior Court in Ventura on April 10, 2017. He faxed a copy to the BANK that same day. A true and correct copy of the Ventura Superior Court docket is attached hereto as exhibit 3.

## JURISDICTION

5. This Court has original jurisdiction over some of Plaintiff's claims pursuant to 28 U.S.C. § 1331, and accordingly this action is removable under 28 U.S.C. § 1441(b), because it is a civil "action arising under the Constitution, laws, or treaties of the United States."

6. Specifically, the first and fifth counts as set forth in his complaint assert multiple violations of two federal acts: the Fair Credit Reporting Act (15 U.S.C. §§ 1681 *et seq*.) and the Fair Debt Collection Practices Act (15 U.S.C. §§ 1692 *et seq*.). (*Exhibit* 1, pp. 1-2, ¶¶ 1, 2.) Further, throughout the complaint, Plaintiff alleges facts which he claims violate those two federal acts. (*See e.g., exhibit* 1, pp. 2-5, 5-9, 10, 13.)

7. Additionally, this Court has supplemental jurisdiction under 28 U.S.C. § 1367 over all non-federal claims set out in Plaintiff's pleadings in that such claims are related to the federal claims that they form a part of the case or controversy alleged by Plaintiff.

# VENUE

8.   This Court is the proper venue for this action pursuant to 28.U.S.C. § 84(c)(2) in that Plaintiff claims to reside in Ventura county and pursuant to 28 U.S.C. § 1391(b)(2) in that Plaintiff alleges that a substantial part of the events or omissions giving rise to his claims took place in this district.

# JOINDER OF ALL DEFENDANTS

9.   Defendant is the sole defendant named in the complaint, exclusive of fictitiously named defendants.  Accordingly, all named defendants are joining tin this removal.

# OTHER FILED DOCUMENTS

10.   In addition to the complaint, there are a few other documents contained in the state court files in this action.  They include:

(1) a single page document entitled Notice of Case Assignment and Mandatory Appearance dated April 10, 2017 and signed by a clerk of the Superior Court which is attached hereto as exhibit 4;

(2) a two page document entitled Order on Fee Waiver dated April 10, 2017 and signed by a clerk of the Superior Court which is attached as exhibit 5;

(3) a summons dated April 10, 2017 and signed by a clerk of the Superior Court which is attached as exhibit 6;  and

(4)  a two page document entitled Civil Case Cover Sheet dated April 9, 2017 and executed by Plaintiff which is attached as exhibit 7.

## NOTICE TO STATE COURT AND PLAINTIFF

11. Defendant is filing written notice of this removal with the clerk of the Ventura County Superior Court pursuant to 28 U.S.C. § 1446(d) concurrently with the filing of this notice. Copies of both this notice and the notice being filed in state court are also being served upon Plaintiff concurrently with the filing of this notice also pursuant to 28.U.S.C. §1446(d).

## RELATED CASE PENDING

12. As noted above, Plaintiff has inexplicably filed two separate lawsuits, in two separate counties, which list different home addresses for him, but which set out identical claims. (*See* above, ¶¶ 3.) Plaintiff's first filed lawsuit against the BANK was filed in the Superior Court of California for the County of Los Angeles – Small Claims Division located in the Van Nuys Courthouse (East) and assigned Case Number 17VESC02997 by that court on or about March 27, 2017.

13. The small claims court case was the subject of a previously filed Notice of Removal that was filed in this Court on April 27, 2017 and assigned Case Number 2:17-cv-03158-MWF-FFM. It is now pending before The Honorable Michael W. Fitzgerald and assigned to Magistrate Judge The Honorable Frederick F. Mumm in this court.

14. A Notice of Related Case is being filed concurrently with this Notice.

5
NOTICE OF REMOVAL

WHEREFORE, Defendant hereby (1) removes this action to this Court from the Superior Court of California for the County of Los Angeles; and (2) prays for such other and further relief as the Court may deem appropriate.

Dated: April 28, 2017

*Charles W Hokanson*
Charles W. Hokanson
Counsel for Defendant Virginia Community Bank

## PROOF OF SERVICE

I am over the age of 18, a member of the bar of this court, and not a party to this action. I am employed in the County of Los Angeles, California and my business address is 140 Linden Ave, Suite 283, Long Beach CA 90802.

On April 28, 2017, I served the foregoing document, entitled Civil Cover Sheet, on the Plaintiff in this action by the method indicated below.

xx  **BY U.S. MAIL**
By placing the original or a true copy thereof enclosed in sealed envelope, with postage fully prepaid, addressed to **Plaintiff Jason L. Alan, 291 Sequoia Ct. #24, Thousand Oaks, CA 91360** and depositing it for delivery with the United States Postal Service with postage thereon fully prepaid at Long Beach, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed April 28, 2017 at Long Beach, California.

*Charles W Hokanson*
Charles Hokanson