Charles W. Hokanson (State Bar No. 163662)
Law Offices of Charles Hokanson
140 Linden Ave, Suite 283
Long Beach, California 90802
Telephone: 562.316.1476
Facsimile: 562.316.1477
Email: CWHokanson@TowerLawCenter.com

Attorney for Defendant Virginia Community Bank

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON L. ALAN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>VIRGINIA COMMUNITY BANK, a Virginia Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. _2:17-cv-03201<br><br>(Related USDC, Central District California Case No. 2:17-cv-03158-MWF-FFM)<br><br>**Amended Proof of Service of Notice of Removal** |

TO PLAINTIFF AND THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant VIRGINIA COMMUNITY BANK (the "BANK") hereby submits an Amended Proof of Service for service by mail upon the Plaintiff of the removal of this action. The Amended Proof of Service is attached hereto as

Exhibit 1.  The prior proof of service submitted with the document erroneously lists the document served.  Defense counsel regrets the error.

Dated: April 28, 2017           _____
                                Charles W. Hokanson
                                Counsel for Defendant Virginia Community
                                Bank

## PROOF OF SERVICE

I am over the age of 18, a member of the bar of this court, and not a party to this action.  I am employed in the County of Los Angeles, California and my business address is 140 Linden Ave, Suite 283, Long Beach CA 90802.

On April 28, 2017, I served the foregoing document, entitled Notice of Removal, on the Plaintiff in this action by the method indicated below.

xx   **BY U.S. MAIL**
By placing the original or a true copy thereof enclosed in sealed envelope, with postage fully prepaid, addressed to **Plaintiff Jason L. Alan, 291 Sequoia Ct. #24, Thousand Oaks, CA 91360**  and depositing it for delivery with the United States Postal Service with postage thereon fully prepaid at Long Beach, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

 Executed April 28, 2017 at Long Beach, California.

_____
Charles Hokanson

EXHIBIT 1

## **PROOF OF SERVICE**

I am over the age of 18, a member of the bar of this court, and not a party to this action. I am employed in the County of Los Angeles, California and my business address is 140 Linden Ave, Suite 283, Long Beach CA 90802.

On April 28, 2017, I served the foregoing document, entitled **Amended Proof of Service of Notice of Removal**, on the Plaintiff in this action by the method indicated below.

   xx   **BY U.S. MAIL**
By placing the original or a true copy thereof enclosed in sealed envelope, with postage fully prepaid, addressed to **Plaintiff Jason L. Alan, 291 Sequoia Ct. #24, Thousand Oaks, CA 91360** and depositing it for delivery with the United States Postal Service with postage thereon fully prepaid at Long Beach, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed April 28, 2017 at Long Beach, California.

_____
Charles Hokanson