UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 17-3201-MWF(FFMx)**                    Dated: **June 13, 2017**

Title:    Jason L. Alan -*v*- Virginia Community Bank, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER TAKING HEARING ON PLAINTIFF'S MOTION TO DISMISS ALL FEDERAL CLAIMS AND REMAND TO CALIFORNIA STATE SUPERIOR COURT [11] OFF CALENDAR AND UNDER SUBMISSION**

    Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for submission on the papers without oral argument. Accordingly, the hearing set on this motion for June 19, 2017, is vacated and taken off calendar. An order will issue.