1  Charles W. Hokanson (State Bar No. 163662)
2  Law Offices of Charles Hokanson
   140 Linden Ave, Suite 283
3  Long Beach, California 90802
4  Telephone: 562.316.1476
   Facsimile: 562.318.3696
5  Email: CWHokanson@TowerLawCenter.com
6
   Attorney for Defendant Virginia Community Bank
7

8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA
10

11 | JASON L. ALAN, an individual,           | Case No. 2:17-cv-03201-MWF(FFMx)
12 |                                          |
13 |    Plaintiff,                            | **Joint Stipulation for Dismissal of Action with Prejudice**
14 |                                          |
15 | vs.                                      |
16 |                                          |
17 | VIRGINIA COMMUNITY BANK, a               |
18 | Virginia Corporation; and DOES 1 through 10, inclusive, |
19 |                                          |
20 |    Defendants.                           |

The parties to this action, Plaintiff Jason L. Alan and Defendant Virginia Community Bank, by and through their counsel of record, hereby stipulate to dismissal of this action its entirety, including each and every one of the claims asserted in the action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side shall bear its own costs and fees incurred in connection with the underlying action.

SO STIPULATED.

June 15, 2017

Louisa Pensanti
Attorney for Plaintiff Jason L. Alan

SO STIPULATED.

June 15, 2017

Charles Hokanson
Attorney for Defendant Virginia Community Bank